

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2020

No. 04-19-00661-CV

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellant

v.

Andrew Wayne **BOCK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19802
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **January 17, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court